UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-03043 PA (DSR) Date: July 16, 2026

Title **Carlos Portillo-Yahuitl v. J. Johnson, et al.**

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW RE FAILURE TO ANSWER PETITION AND SHOW CAUSE WHY THE WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner, an immigration detainee at the Adelanto ICE Detention Center, initiated this case on June 3, 2026, by filing his Petition for Writ of Habeas Corpus. See Doc. No. 1. The same day, the Court entered the Notice of General Order 26-05. See Doc. No. 6. Therein, the Court directed Respondents "to show cause why the writ of habeas corpus should not be granted," and set an expedited briefing schedule. Id. Under that schedule, counsel for Respondents were required to file a Notice of Appearance no later than June 8, 2026, and Respondents were ordered to file their Answer to the Petition no later than June 10, 2026. Id.

Respondents' counsel file a Notice of Appearance on June 10, 2026, but to date, Respondents have not filed an Answer to the Habeas Petition.

Respondents are hereby ORDERED TO SHOW CAUSE, no later than **9:00 a.m. on July 20, 2026**, why they have failed to comply with the Court's order requiring them to file an Answer and show cause why the habeas petition should not be granted. Respondents may do so by either filing an Answer – in which they address ALL claims and bases alleged in the Petition – or by filing a sworn Declaration showing good cause for their failure to comply with the Court's June

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-03043 PA (DSR) Date: July 16, 2026

Title **Carlos Portillo-Yahuitl v. J. Johnson, et al.**

3rd Order and a commitment to a date by which they will file an Answer addressing all claims and bases alleged in the Petition.

FAILURE TO RESPOND TO THIS ORDER MAY BE TREATED AS A CONCESSION THAT PETITIONER IS ENTITLED TO THE RELIEF SOUGHT, OR AT LEAST THAT THE FACTUAL ALLEGATIONS IN THE PETITION ARE TRUE.

cc: Daniel.Beck@usdoj.gov

:

**Initials of Preparer** LK